IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 





NO. 3-91-217-CR




JAY VERNON PILCHER,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY



NO. 20,575, HONORABLE EDWARD L. JARRETT, JUDGE


 




PER CURIAM


 This is an appeal from a conviction for driving while license suspended. 
Punishment was assessed at confinement for four (4) months and a $100.00 fine.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).



[Before Justices Powers, Jones and Kidd]

Dismissed on Appellant's Motion

Filed: March 25, 1992

[Do Not Publish]